UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARTIN ENG,<br><br>　　　　　　Plaintiff,<br>　v.<br>MARCUS & MILLICHAP CO., et al.,<br><br>　　　　　　Defendants.<br>_____/ | No. C 10-05050 MEJ<br><br>**ORDER REQUESTING CLARIFICATION RE: IN FORMA PAUPERIS APPLICATION** |

　　　Pending before the Court is Plaintiff's in forma pauperis application. Upon review of the Court finds that Plaintiff must provide clarification regarding certain statements made in his application. Accordingly, Plaintiff shall file a declaration by December 1, 2010 clarifying the following:

1)　On page 3, line 14, Plaintiff states that he has cash, but does not provide the amount. Plaintiff shall state the amount of cash he has and, given that he states he is not employed and has no source of income, the source of that cash.

2)　On page 3, lines 18-20, Plaintiff states that he has no monthly expenses, including rent, food, utilities, and clothing. On page 3, line 5, Plaintiff also states that he does not own a home. Based on these statements, it is unclear how Plaintiff's living expenses are covered. Accordingly, Plaintiff shall explain how he has no living expenses. If Plaintiff does have living expenses such as rent, food, utilities, and clothing, he shall explain how those expenses are covered given that he says he is unemployed and has no other source of income.

　　　**IT IS SO ORDERED.**

Dated: November 12, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG

        Plaintiff,

v.

MARCUS & MILLICHAP COMPANY

        Defendant.

Case Number: 10-05050 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Eng
820 Green Street
San Francisco, CA 94133

Dated: November 12, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk