**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: June 3, 2011 Time: **18 minutes**

**C-10-5050 CRB**

**ENG v. MARCUS & MILLICHAP CO.**

Attorneys: Pro Se Jill Rowe

Deputy Clerk: **Barbara Espinoza** Reporter: **Lydia Zinn**

**PROCEEDINGS:** **RULING:**

1. Motion for Sanctions ____________

2. Motion to Declare Plaintiff Vexatious Litigant ____________

**ORDERED AFTER HEARING:**

Matter taken under submission

( ) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: ____________________

( ) CASE CONTINUED TO ____________ for ____________________

Discovery Cut-Off ____________ Expert Discovery Cut-Off ____________

Plntf to Name Experts by ____________ Deft to Name Experts by ____________

P/T Conference Date ____________ Trial Date ____________ Set for _______ days

Type of Trial: ( )Jury ( )Court

Notes: portions of the transcript to be filed under seal.